RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Mark Cuyugan

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARK CUYUGAN,<br><br>  Defendant. | Case No. 2:19-cr-00300-JCM-EJY<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Simon Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Mark Cuyugan, that the Court modify the condition of release to allow for the U.S. Pretrial Services Office to provide Mr. Cuyugan's with his U.S. Passport.

The Stipulation is entered into for the following reasons:

1. On November 20, 2019, Ms. Cuyugan was released on a personal recognizance bond with certain conditions, including surrendering his passport to Pretrial Services. ECF No.'s 24 & 32.

2. Mr. Cuyugan is requesting that Pretrial Services furnish him his U.S. Passport in order for him to make notarized copies as required by the U.S. Embassy to accommodate travel for his daughter from the Philippines. *See* Ex. A.

3. Counsel for Mr. Cuyugan has spoken with Pretrial Services Officer Emily McKillip who does not oppose this modification to allow Mr. Cuyugan to obtain his U.S. Passport. Officer McKillip will also coordinate with Mr. Cuyugan for the release and return of his U.S. Passport as needed.

4. The government has no objection to this requested modification.

This is the first stipulation to modify conditions of release filed herein.

DATED this 23rd day of March, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Brandon C. Jaroch*<br>By_____<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | */s/ Simon Kung*<br>By_____<br>SIMON KUNG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARK CUYUGAN,<br><br>　　　　Defendant. | Case No. 2:19-cr-00300-JCM-EJY<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that Pretrial Service has the authority to release Mr. Cuyugan's U.S. Passport to him and to establish the date and time of its release and return.

DATED this 23rd day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3