RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Mark Cuyugan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK CUYUGAN,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00300-JCM-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fourth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Mark Cuyugan, that the sentencing hearing currently scheduled on August 11, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than 60 days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant needs additional time to gather mitigation information for Mr. Cuyugan, which is relevant to the sentencing disposition of this case.

　　　　2.　　The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fourth request for a continuance of the sentencing hearing.

DATED this 20th day of July, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Brandon C. Jaroch<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By /s/ Simon F. Kung<br>SIMON F. KUNG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>MARK CUYUGAN,<br><br>         Defendant. | Case No. 2:19-cr-00300-JCM-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, August 11, 2021, at 10:30 a.m., be vacated and continued to  October 27, 2021  at the hour of 10:30 a.m.

DATED July 23, 2021.

_____
UNITED STATES DISTRICT JUDGE

3