RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Mark Canlas Cuyugan

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00300-JCM-EJY |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF RELEASE** |
| v. | |
| MARK CANLAS CUYUGAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Mark Canlas Cuyugan, that the Court modify his conditions of release.

The Stipulation is entered into for the following reasons:

1.      On November 20, 2019, the Court ordered Mr. Cuyugan's release on a personal recognizance bond with certain conditions, including a requirement that he not open new bank accounts or lines of credit. ECF No. 32 at 5.

1   2.  Mr. Cuyugan is considering setting up a small business. If he does,

2 he will need to open a business bank account.

3   3.  Mr. Cuyugan moves the Court to modify the condition so he can

4 open a business bank account with the prior authorization of Pretrial Services.

5   4.  Counsel has spoken with Pretrial Services concerning this issue.

6 Pretrial Services supports the requested modification.

7   5.  The government has no objection to the requested modification.

8   DATED November 15, 2021.

9

10 RENE L. VALLADARES     CHRISTOPHER CHIOU
  Federal Public Defender      Acting United States Attorney

11

12  /s/ Joanne L. Diamond      /s/ Simon F. Kung
  By_____   By_____

13

14 JOANNE L. DIAMOND      SIMON F. KUNG
  Assistant Federal Public Defender   Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00300-JCM-EJY |
|        Plaintiff, | **ORDER** |
|     v. | |
| MARK CANLAS CUYUGAN, | |
|        Defendant. | |

      IT IS THEREFORE ORDERED that Mr. Cuyugan's conditions of release be modified to allow him to open a business bank account, with the prior authorization of Pretrial Services.

      DATED November 15, 2021.

_____

UNITED STATES DISTRICT JUDGE

3