RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Mark Canlas Cuyugan

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARK CANLAS CUYUGAN,<br><br>    Defendant. | Case No. 2:19-cr-00300-JCM-EJY<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Mark Canlas Cuyugan, that the Court modify his conditions of release.

The Stipulation is entered into for the following reasons:

1. On November 20, 2019, the Court ordered Mr. Cuyugan's release on a personal recognizance bond with certain conditions. ECF No. 32. The conditions did not include substance abuse testing or treatment. *Id.*

2. On October 19, 2020, Pretrial Services filed a petition for modification of Mr. Cuyugan's bond conditions after he admitted to his counselor that he had used methamphetamine. ECF No. 162 at 2. On November 9, 2020, the Court granted the petition and modified the terms of Mr. Cuyugan's bond to include drug testing and treatment as directed by Pretrial Services. ECF No. 165.

3. Mr. Cuyugan moves the Court to remove the drug testing condition.

4. Counsel has spoken with Pretrial Services concerning this issue. Pretrial Services supports the requested modification.

5. The government has no objection to the requested modification.

DATED December 8, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Joanne L. Diamond*<br>By_____<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | */s/ Simon F. Kung*<br>By_____<br>SIMON F. KUNG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00300-JCM-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| MARK CANLAS CUYUGAN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that Mr. Cuyugan's conditions of release be modified to remove the drug testing condition imposed on November 9, 2020.

DATED this 8th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3