RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Mark Canlas Cuyugan

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK CANLAS CUYUGAN,<br><br>　　　　Defendant. | Case No. 2:19-cr-00300-JCM-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Ninth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Mark Canlas Cuyugan, that the sentencing hearing currently scheduled on November 2, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to gather mitigation information for Mr. Cuyugan, which is relevant to the sentencing disposition of this case.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the ninth request for a continuance of the sentencing hearing.

DATED this 14th day of October, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Edward G. Veronda*<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK CANLAS CUYUGAN,<br><br>    Defendant. | Case No. 2:19-cr-00300-JCM-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, November 2, 2022 at 10:00 a.m., be vacated and continued t**o February 8, 2023, at 10:30 a.m.**

DATED October 18, 2022.

_____
UNITED STATES DISTRICT JUDGE

3