RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Mark Canlas Cuyugan

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00300-JCM-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Eleventh Request) |
| MARK CANLAS CUYUGAN, | **NO FURTHER CONTINUATIONS will be granted absent the showing of good cause.** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Mark Canlas Cuyugan, that the sentencing hearing currently scheduled on May 10, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1      1.     Counsel for the defendant needs additional time to gather mitigation

2  information for Mr. Cuyugan, which is relevant to the sentencing disposition of

3  this case.

4      2.     The defendant is not in custody and agrees with the need for the

5  continuance.

6      3.     The parties agree to the continuance.

7  This is the eleventh request for a continuance of the sentencing hearing.

8  DATED: April 26, 2023.

9

10  RENE L. VALLADARES                    JASON M. FRIERSON
    Federal Public Defender               United States Attorney
11

12

13  By */s/ Joanne L. Diamond*             By */s/ Edward G. Veronda*
    JOANNE L. DIAMOND                      EDWARD G. VERONDA
14  Assistant Federal Public Defender      Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

MARK CANLAS CUYUGAN,

        Defendant.

Case No. 2:19-cr-00300-JCM-EJY

**<u>ORDER</u>**

**NO FURTHER CONTINUATIONS will be granted absent the showing of good cause.**

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, May 10, 2023 at 10:30 a.m., be vacated and continued to **August 11, 2023, at 10:00 a.m.**

    DATED April 26, 2023.

_____
UNITED STATES DISTRICT JUDGE

3