RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Mark Canlas Cuyugan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MARK CANLAS CUYUGAN,<br><br>        Defendant. | Case No. 2:19-cr-00300-JCM-EJY-2<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Mark Canlas Cuyugan, that the Court modify his conditions of release.

The Stipulation is entered into for the following reasons:

1. On November 20, 2019, the Court ordered Mr. Cuyugan's release on a personal recognizance bond with certain conditions, including a requirement that he not open new bank accounts or lines of credit. ECF No. 32 at 5.

2. On November 15, 2021, the Court granted the parties' stipulation to modify this condition so Mr. Cuyugan could open a business bank account, with the prior authorization of pretrial services. ECF No. 293 at 3. He subsequently opened a business account at Chase Bank.

3. Mr. Cuyugan is trying to improve his credit. To do so, he needs to open a credit card. He is unable to obtain a card for individuals with poor credit through his Chase business account.

3. Mr. Cuyugan moves the Court to modify this condition so he can open a personal bank account and a credit card at Navy Federal Credit Union. He has confirmed his eligibility for the credit union, and that an appropriate credit card is available. However, the credit union requires him to open a checking account before he can obtain the credit card.

4. Counsel has spoken with Pretrial Services concerning this issue. Pretrial Services supports the requested modification.

5. The government has no objection to the requested modification.

DATED: October 12, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Joanne L. Diamond*<br>By_____<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | */s/ Edward G. Veronda*<br>By_____<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK CANLAS CUYUGAN,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00300-JCM-EJY-2<br><br>**ORDER** |

　　　　IT IS THEREFORE ORDERED that Mr. Cuyugan's conditions of release be modified to allow him to open a personal bank account and credit card at Navy Federal Credit Union.

　　　　DATED October 13, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3