UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:19-CR-00300-JMN-EJY |
| vs. | ) **ORDER** |
| MARK CANLAS CUYUGAN, | ) |
| Defendant. | ) |

This matter coming before the Court on the Government's Motion to Seal, the premises therein having been considered by the Court, and good cause showing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Sentencing Memorandum, the Government's Motion to Seal, and this Order in the above-captioned matter now pending, shall be, and is, SEALED until further Order of the Court.

DATED this _2nd day of December, 2023.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE